UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-60154-SMITH/REID

DENISE COBB,

    Plaintiff,

v.

MARTIN O'MALLEY,
Commissioner of Social Security Administration,

    Defendant.
_____/

### REPORT AND RECOMMENDATION ON MOTION TO DISMISS

This matter is before the Court on Defendant, the Commissioner of Social Security's (the "Commissioner") Motion to Dismiss Plaintiff Denise Cobb's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, or, in the alternative, for summary judgment pursuant to Federal Rules of Civil Procedure 12(d) and 56 (the "Motion"). [ECF No. 22]. The Motion was referred to the undersigned by the Honorable Rodney Smith for a Report and Recommendation. [ECF No. 2].

The Complaint raises several tort claims and a challenge to the amount of Plaintiff's Social Security benefit payment. [ECF No. 1]. Defendant claims the Complaint should be dismissed because it lacks subject matter jurisdiction and because Plaintiff failed to demonstrate that she has exhausted her administrative appeals remedies under the Social Security Act. [ECF No. 22 at 2, 5].

Under Local Rule 7.1(c), "each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. Fla. L.R. 7.1(c). Any

opposition to the Motion was due May 9, 2024. The undersigned granted an extension to respond to the Motion by June 7, 2024. [ECF No. 28]. To date, Plaintiff has not filed an opposing memorandum of law, nor has she sought a further extension of time to do so.

Accordingly, it is **RECOMMENDED** that Defendant's Motion to Dismiss [ECF No. 22] be **GRANTED by default**. *See* Order on Motion to Dismiss, *Villa Bay Vista Condo. Ass'n, Inc. v. Arch Specialty Ins. Co., et al.*, No. 24-cv-20111 (S.D. Fla. Feb. 1, 2024), ECF No. 15 (granting a motion to dismiss by default pursuant to Local Rule 7.1(c)).

Objections to this Report may be filed with the District Judge within fourteen days of receipt of a copy of the Report. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1; *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020); 28 U.S.C. § 636(b)(1)(C).

**SIGNED** this 8th day of July, 2024.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: **U.S. District Judge Rodney Smith**; and

**All Counsel of Record**

Denise Cobb
7580 NW 5th Street
#15774
Plantation, FL 33317
954-822-7818
Email: sparkle2225@yahoo.com
*Pro Se*