UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60154-CIV-SMITH/REID

DENISE COBB,

        Plaintiff,

v.

MARTIN O'MALLEY, Commissioner
of the Social Security Administration,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING CASE

This matter is before the Court on the Report and Recommendation on Defendant's Motion to Dismiss Plaintiff Denise Cobb's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, or, in the alternative, for summary judgment pursuant to Federal Rules of Civil Procedure 12(d) and 56 (hereafter, "Defendant's Motion to Dismiss") [DE 29] of Magistrate Judge Reid. In the Report and Recommendation, Magistrate Judge Reid recommends granting Defendant's Motion to Dismiss [DE 22] by default due to Plaintiff's failure to respond to Defendant's Motion or otherwise seek an extension of time to do so. Neither party has filed Objections. Accordingly, the Court affirms and adopts the Magistrate Judge's Report and Recommendation to the District Judge and grants Defendant's Motion to Dismiss [DE 22].

The Court having reviewed, *de novo*, the Report and Recommendation on Defendant's Motion to Dismiss [DE 22] and the record, it is hereby

**ORDERED** that:

(1) The Report and Recommendation on Defendant's Motion to Dismiss [DE 29] is **AFFIRMED and ADOPTED**, and incorporated by reference into this Court's Order;

(2) Defendant's Motion to Dismiss **[DE 22]** is **GRANTED by default**;

2

(4)   All pending motions not otherwise ruled upon in this Order are **DENIED AS MOOT**; and

(6)   This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 23rd day of July, 2024.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:   All counsel of record

Denise Cobb
7580 NW 5th Street
#15774
Plantation, FL 33317
954-822-7818
Email: sparkle2225@yahoo.com
*Pro Se*