UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60154-CIV-SMITH

DENISE COBB,

    Plaintiff,

v.

MARTIN O'MALLEY,[1]
Commissioner of Social
Security Administration,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Report and Recommendation (the "Report") [DE 32] of the Honorable Lisette M. Reid, U.S. Magistrate Judge, on Plaintiff's Motion to Reopen [DE 31]. In her thorough and well-reasoned Report, Judge Reid recommends that: the Plaintiff's Motion to Reopen be denied. No objections were filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which no specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court, having considered Judge Reid's Report, conducted a *de novo* review. The Court, agrees with Judge Reid's well-reasoned analysis and her recommendations. Accordingly, it is

---

[1] Frank J. Bisignano was appointed Commissioner of the Social Security Administration in May 2025. Consequently, pursuant to Federal Rule of Civil Procedure 25(d), Frank J. Bisignano is substituted for Martin J. O'Malley as Defendant in this case.

**ORDERED** that:

1) The Report and Recommendation [DE 32] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Plaintiff's Motion to Reopen [DE 31] is **DENIED**.

3) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 4th day of December, 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record